BUNTEN v. ROCK SPRINGS GRAZING ASSOCIATION
(No. 1076; Decided May 8, 1923; 215 Pac. 257)

ERROR to District Court, Sweetwater County; JOHN R. ARNOLD, Judge.

Action by the Rock Springs Grazing Association in behalf of itself and others having a common interest, against Mathew Bunten, as county treasurer and collector of taxes, and others to enjoin the collection of certain taxes levied upon its lands for the year 1920. Judgment for plaintiff on demurrer, and defendants bring error.

This case is between the same parties and involves the same questions as the preceding case, except that the taxes in question were assessed upon the same property for the year 1920.

*W. L. Walls,* Attorney General, *D. G. Thomas,* County and Prosecuting Attorney of Sweetwater County, and *W. E. Mullen,* for plaintiffs in error.

*T. S. Taliaferro* and *M. E. Wilson,* for defendant in error.

Blume, Justice.

This is an action to enjoin the collection of certain taxes. The petition in this case is similar to the amended petition in the case of Bunten, et al. v. Rock Springs Grazing Association, No. 1075 of this court, the original parties being somewhat different, the question of a telephonic communication by some one in the office of the State Board of Equalization to the assessor of Sweetwater County not being in this case, and the taxes involved here being those of the year 1920. Reference to other minor differences need not be made, and other than above mentioned, the general questions in the former case are the questions in this case, and the ruling in the former case controls this.

It is, therefore, ordered that the judgment of the lower court be reversed and the case remanded with directions to the court below to sustain the demurrer filed to the petition, and for such other proceedings herein as may be proper not inconsistent with this opinion and that in No. 1075 mentioned supra.

*Reversed, and Remanded with Directions.*

Potter, Ch. J., and Kimball, J., concur.